UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE JANIS L. SAMMARTINO)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>PLAINTIFF,<br><br>V.<br><br>RAUL RAMIREZ,<br><br>Defendant. | CASE NO.:  3:21-cr-02915-JLS<br><br>ORDER TO CONTINUING MOTION HEARING/TRIAL SETTING |

Pursuant to joint motion and good cause appearing, IT IS HEREBY ORDERED that Mr. Ramirez' Motion Hearing/Trial Setting be continued from November 19, 2021 to December 17, 2021 at 1:30 p.m.

For the reasons set forth in the joint motion, the Court finds that the ends of justice will be served by granting the requested continuance, and these outweigh the interests of the public and the defendant in a speedy trial.  Thus, the Court finds that time is excluded in the interests of justice and pursuant to 18 U.S.C. § 3161(h)(1)(D).

**SO ORDERED.**

Dated:  November 17, 2021

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge
